UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOYCE MARIE DOHME,  
    Plaintiff

Case No. 1:11-cv-016  
Weber, J.  
Litkovitz, M.J.

vs

CINCINNATI CHILDREN'S HOSPITAL  
MEDICAL CENTER,  
    Defendant

ORDER

On August 2, 2012, the Court orally granted the parties an extension of time until August 10, 2012 to submit supplemental materials to the chambers' email in regards to the discovery dispute over Plaintiff's Interrogatory No. 12 and Document Request No. 1(I). The extension of time was memorialized in the Court's August 6, 2012 Order. (Doc. 26).

Defendant provided a supplemental memorandum to the chambers' email on August 10, 2012. Plaintiff, however, did not provide any materials by that date and by email dated August 13, 2012 advised that plaintiff would "respond no later than tomorrow morning."[1] Defendant objects to plaintiff's belated attempt to submit materials in this matter as plaintiff failed to meet the timeline set by the Court and has not sought an extension of time from opposing counsel or the Court for any late submission. In response, plaintiff's counsel states that the delay was work-related and not an attempt to gain an advantage in submitting supplemental materials.

Defendant's objection to allowing plaintiff to provide supplemental materials at this juncture is well-taken. The deadline set by the Court was clear. Plaintiff did not request an extension of time to submit supplemental materials to the Court and has not received defendant's consent to a late filing.

---

[1] The email chain is attached hereto for reference.

Accordingly, plaintiff may not submit supplemental materials in this matter in regards to the discovery dispute over <u>Plaintiff's Interrogatory No. 12 and Document Request No. 1(I)</u>.

**IT IS SO ORDERED.**

Date: 8/13/12

Karen L. Litkovitz
United States Magistrate Judge



**Fw: Dohme v. CCHMC, Case No. 1:11-cv-016**
Arthur Hill    to: Karen Litkovitz, Erica Faaborg                    08/13/2012 12:07 PM

Arthur Hill
Case Manager to Magistrate Judge Karen Litkovitz
V: (513)564-7652
F: (513)564-7691
email: Arthur_Hill@ohsd.uscourts.gov
----- Forwarded by Arthur Hill/OHSD/06/USCOURTS on 08/13/2012 12:07 PM -----

| | |
|---|---|
| From: | "Elizabeth S. Loring" <ELoring@frekingandbetz.com> |
| To: | "'Kaake, Andrew R.'" <AKaake@fbtlaw.com>, "'arthur_hill@ohsd.uscourts.gov'" <arthur_hill@ohsd.uscourts.gov>, |
| Cc: | "'litkovitz_chambers@ohsd.uscourts.gov'" <'litkovitz_chambers@ohsd.uscourts.gov'> |
| Date: | 08/13/2012 11:34 AM |
| Subject: | RE: Dohme v. CCHMC, Case No. 1:11-cv-016 |

All,

My delay was work-related, and not an attempt to dissect Mr. Kaake's legal argument before submitting my own. That said, if the Court feels that it is inappropriate for me to respond at this time, I will, of course, defer.

Sincerely,
Lisa Loring

Elizabeth S. Loring, Esq.
Freking & Betz LLC
525 Vine Street, 6th Floor
Cincinnati, OH 45202
tel: 513.721.1975
fax: 513.651.2570

**From:** Kaake, Andrew R. [mailto:AKaake@fbtlaw.com]
**Sent:** Monday, August 13, 2012 11:26 AM
**To:** Elizabeth S. Loring; 'arthur_hill@ohsd.uscourts.gov'
**Cc:** 'litkovitz_chambers@ohsd.uscourts.gov'
**Subject:** RE: Dohme v. CCHMC, Case No. 1:11-cv-016

Judge Litkovitz and Mr. Hill:

Defendant strongly objects to Ms. Loring's belated attempt to submit materials in this matter. The Court's August 6 Order very clearly stated that the parties would have until August 10 to submit additional support for their arguments. Plaintiff has allowed that date to pass without any request to the Court or counsel for more time. Given that Plaintiff's counsel has flagrantly ignored the deadline for the submission of materials and offers no legitimate explanation for the delay, counsel for Defendant

believes that it would inappropriate to permit Plaintiff to submit materials after the date set by the Court.

Sincerely,

Andy Kaake

**Andrew R. Kaake**
Attorney at Law | Frost Brown Todd LLC

3300 Great American Tower, 301 East Fourth Street | Cincinnati, OH 45202
513.651.6953 Direct | 513.651.6800 Main | 513.651.6981 Fax
akaake@fbtlaw.com | www.frostbrowntodd.com

**From:** Elizabeth S. Loring [mailto:ELoring@frekingandbetz.com]
**Sent:** Monday, August 13, 2012 11:18 AM
**To:** 'arthur_hill@ohsd.uscourts.gov'
**Cc:** Kaake, Andrew R.
**Subject:** RE: Dohme v. CCHMC, Case No. 1:11-cv-016

Mr. Hill,

Plaintiff will respond no later than tomorrow morning. Thank you for the Court's patience in this matter.

Lisa Loring

Elizabeth S. Loring, Esq.
Freking & Betz LLC
525 Vine Street, 6th Floor
Cincinnati, OH 45202
tel: 513.721.1975
fax: 513.651.2570

**From:** Myfelt, Michelle L. [mailto:MMyfelt@fbtlaw.com]
**Sent:** Friday, August 10, 2012 4:28 PM
**To:** 'litkovitz_chambers@ohsd.uscourts.gov'
**Cc:** Elizabeth S. Loring; 'arthur_hill@ohsd.uscourts.gov'; Kaake, Andrew R.
**Subject:** Dohme v. CCHMC, Case No. 1:11-cv-016

Attached please find correspondence regarding the referenced matter.

*Sent on behalf of Andrew R. Kaake by,*

**Michelle L. Myfelt**
Legal Secretary | Frost Brown Todd LLC

3300 Great American Tower, 301 East Fourth Street | Cincinnati, OH 45202
513.651.6873 Direct | 513.651.6800 Main | 513.651.6981 Fax
mmyfelt@fbtlaw.com | www.frostbrowntodd.com

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.